

## LAW OFFICES OF
## RILEY & RILEY

| | | |
|---|---|---|
| EXECUTIVE COURT | (609) 914-0300 | BY APPOINTMENT |
| 2 Eves Drive, Suite 109 | (609) 914-0323 FAX | 1616 Pacific Avenue, Suite 305 |
| Marlton, NJ 08053 | | Atlantic City, NJ 08401 |
| **Mailing Address** | | |

Michael E. Riley
<u>Tracy L. Riley</u>
Marcia Stander Freedman, Of Counsel

WORKERS' COMPENSATION
200 Haddonfield Berlin Rd., Suite 302
Gibbsboro, NJ 08026

December 12, 2024

*<u>Via electronic filing</u>*
Magistrate Judge Matthew J. Skahill
United States District Court
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Street
Camden, New Jersey  08101

>    RE: <u>**Lt. Mark J. Benjamin, Sr. vs. Atlantic City Police Department, et al.**</u>
>       **Civil No. 1:23-cv-03219**

Dear Magistrate Judge Skahill:

   Pursuant to Your Honor's request, this letter is to provide the Court with an update as to obtaining the records from the Attorney General's Office.

   Per my telephone conversation with Deputy Attorney General, Kevin Dronson this morning, it is anticipated that Mr. Dronson will be fulfilling the defendants request sometime next week.  Therefore, I am seeking a one (1) week extension for the production of documents.

   Thank you for the Court's time and consideration.

>    Respectfully submitted,

>    **LAW OFFICES OF RILEY & RILEY**

>    <u>*/s/Tracy L. Riley*</u>
>    Tracy L. Riley

cc:   Kevin Dronson, Deputy Attorney General
      John Flammer, Chief Counsel to the Prosecutor