

# LAW OFFICES OF
# RILEY & RILEY

EXECUTIVE COURT
2 Eves Drive, Suite 109
Marlton, NJ 08053
**Mailing Address**

(609) 914-0300
(609) 914-0323 FAX

BY APPOINTMENT
1616 Pacific Avenue, Suite 305
Atlantic City, NJ 08401

Michael E. Riley
Tracy L. Riley
Marcia Stander Freedman, Of Counsel

WORKERS' COMPENSATION
200 Haddonfield Berlin Rd., Suite 302
Gibbsboro, NJ 08026

January 9, 2025

*Via electronic filing*
Magistrate Judge Matthew J. Skahill
United States District Court
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Street
Camden, New Jersey 08101

RE: **Lt. Mark J. Benjamin, Sr. vs. Atlantic City Police Department, et al.**
**Civil No. 1:23-cv-03219**

Dear Magistrate Judge Skahill:

Pursuant to Your Honor's request, this letter is to provide the Court with an update as to obtaining the records from the Attorney General's Office.

Per my telephone conversation with Deputy Attorney General, Kevin Dronson this afternoon, he is going to be submitting my proposal to the Office Public Integrity & Accountability as to the report. It is anticipated that I will receive a response from Mr. Dronson next week.

Thank you for the Court's time and consideration.

Respectfully submitted,
**LAW OFFICES OF RILEY & RILEY**

*/s/Tracy L. Riley*
Tracy L. Riley

cc:   All Counsel of Record
      Kevin Dronson, Deputy Attorney General
      John Flammer, Chief Counsel to the Prosecutor