

## LAW OFFICES OF
## RILEY & RILEY

EXECUTIVE COURT
2 Eves Drive, Suite 109
Marlton, NJ 08053
**Mailing Address**

(609) 914-0300
(609) 914-0323 FAX

BY APPOINTMENT
1616 Pacific Avenue, Suite 305
Atlantic City, NJ 08401

Michael E. Riley
Tracy L. Riley
Marcia Stander Freedman, Of Counsel

WORKERS' COMPENSATION
200 Haddonfield Berlin Rd., Suite 302
Gibbsboro, NJ 08026

March 7, 2025

*Via electronic filing*
Magistrate Judge Matthew J. Skahill
United States District Court
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Street
Camden, New Jersey 08101

> RE: **Lt. Mark J. Benjamin, Sr. vs. Atlantic City Police Department, et al.**
> **Civil No. 1:23-cv-03219**

Dear Magistrate Judge Skahill:

Pursuant to Your Honor's request, I have prepared a Certification with Exhibits and a proposed form of Order.

Thank you in advance for the Court's time and attention.

Respectfully submitted,

**LAW OFFICES OF RILEY & RILEY**

*/s/Tracy L. Riley*
Tracy L. Riley

cc:  Stephen T. O'Hanlon, Esquire
     Israel Schwartz, Esquire
     Steven S. Glickman, Esquire