

## LAW OFFICES OF
# RILEY & RILEY

EXECUTIVE COURT
2 Eves Drive, Suite 109
Marlton, NJ 08053
**Mailing Address**

(609) 914-0300
(609) 914-0323 FAX

BY APPOINTMENT
1616 Pacific Avenue, Suite 305
Atlantic City, NJ 08401

Michael E. Riley
Tracy L. Riley
Marcia Stander Freedman, Of Counsel

WORKERS' COMPENSATION
200 Haddonfield Berlin Rd., Suite 302
Gibbsboro, NJ 08026

April 21, 2025

*Via electronic filing*
Magistrate Judge Matthew J. Skahill
United States District Court
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Street
Camden, New Jersey 08101

    RE:   **Lt. Mark J. Benjamin, Sr. vs. Atlantic City Police Department, et al.**
            **Civil No. 1:23-cv-03219**

Dear Magistrate Judge Skahill:

    Pursuant to Your Honor's request, enclosed please find a copy of a submission to the Court which contains the subpoenas to the New Jersey Attorney General's Office and the Atlantic County Prosecutors Office (Exhibit A)

    I have also enclosed the NJ Attorney General Internal Affairs Policy & Procedures for August 2020 (Exhibit B) and November 2022 (Exhibit C). The time limitations for completing investigations can be found at page 24 in both years.

    If Your Honor requires any additional information, please advise. Thank you.

Respectfully submitted,
**LAW OFFICES OF RILEY & RILEY**

*/s/Tracy L. Riley*
Tracy L. Riley

cc:   Stephen T. O'Hanlon, Esquire
       Israel Schwartz, Esquire
       Steven S. Glickman, Esquire