

## LAW OFFICES OF
## RILEY & RILEY LLC

| | | |
|---|---|---|
| EXECUTIVE COURT | (609) 914-0300 | WORKERS' COMPENSATION |
| 2 Eves Drive, Suite 109 | (609) 914-0323 FAX | 200 Haddonfield Berlin Rd., Suite 302 |
| Marlton, NJ 08053 | | Gibbsboro, NJ 08026 |
| **Mailing Address** | | |

Michael E. Riley
Tracy L. Riley
Marcia Stander Freedman, Of Counsel

September 24, 2025

*Via electronic filing*
Magistrate Judge Matthew J. Skahill
United States District Court
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Street
Camden, New Jersey  08101

    RE:   **Lt. Mark J. Benjamin, Sr. vs. Atlantic City Police Department, et al.**

           **Civil No. 1:23-cv-03219**

Dear Magistrate Judge Skahill:

    Pursuant to Your Honor's Order, this letter is to provide the Court with a job letter to prove an update as to obtaining the records from the Attorney General's Office.

    I have been in contact with Deputy Attorney General, Andrew Matlack who is now assigned to the matter.  DAG Matlack has advised me that the review of the investigation is still ongoing.  Therefore, the records cannot be released.

    I have also been in contact with John Flammer, Chief Counsel to the Prosecutor.  Chief Counsel Flammer has maintained his position that they are not permitted to release the records in their possession because it was a joint investigation with the New Jersey Office of Public Integrity and Accountability

(OPIA). Because of OPIA's involvement and oversight of the investigation, OPIA must review the final draft of the report and sign off on it before it can be released.

Thank you for the Court's time and consideration.

Respectfully submitted,

**LAW OFFICES OF RILEY & RILEY**

*/s/Tracy L. Riley*
Tracy L. Riley


cc:   Andrew Matlack, Deputy Attorney General
      John Flammer, Chief Counsel to the Prosecutor